IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. VALASEK, ) | |
| ) | Case No. 4:14-cv-03180-JMG-CRZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WASHINGTON MUTUAL BANK, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Unopposed Motion to Strike Answer and Withdraw as Counsel (Filing No. 20, "Motion") filed by the law firm of Spencer Fane Britt & Browne LLP ("Spencer Fane"). After consideration,

IT IS ORDERED that Spencer Fane's Motion is granted and:

1. The answer filed by Spencer Fane on behalf of Defendant Washington Mutual Bank ("Washington Mutual") (Filing No. 9) is hereby stricken;

2. Spencer Fane is allowed to withdraw as counsel for Washington Mutual; and

3. Defendant Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Long Beach Mortgage Loan Trust 2006-11, shall be allowed to re-file its answer to the Complaint within five days of the date of this Order.

DATED this 8th day of April, 2015.

BY THE COURT:

_____
Cheryl R. Zwart, U.S. Magistrate Judge