IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL L. VALASEK,

        Plaintiff,

vs.

WASHINGTON MUTUAL BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for registered holders of Long Beach Mortgage Loan Trust 2006-11, asset backed certificates, series 2006-11;

        Defendants.

4:14CV3180

**AMENDED PROGRESSION ORDER**

IT IS ORDERED:

1) The parties' joint motion to amend the Final Progression Order, (Filing No. 28) is granted.

2) The deadline for written discovery and depositions is October 28, 2015.

3) A telephonic conference with the undersigned magistrate judge will be held on November 17, 2015 at 3:30 p.m. to discuss the status of case progression and potential settlement. Plaintiff's counsel shall place the call.

4) The deadline for filing motions to dismiss and motions for summary judgment is December 16, 2015.

5) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 8, 2016 at 11:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 7, 2016. The instructions and codes for participating in the pretrial conference by WebEx will be filed in a separate restricted entry.

6) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 21, 2016, or as soon thereafter as

the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

Dated this 26th day of June, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge