IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. VALASEK,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for registered holders of Long Beach Mortgage Loan Trust 2006-11, asset backed certificates, series 2006-11;<br><br>        Defendants. | **4:14CV3180**<br><br>**ORDER** |

      IT IS ORDERED: The motion to permit Joshua C. Dickson and Shilee T. Mullin to withdraw as counsel on behalf of Defendant Deutsche Bank National Trust Company, (filing no. 32), is granted.

      Dated this 17th day of August, 2015

                                                               BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge