IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. VALASEK,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for registered holders of Long Beach Mortgage Loan Trust 2006-11, asset backed certificates, series 2006-11;<br><br>        Defendants. | **4:14CV3180**<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the defendants' unopposed motion to amend the Final Progression Order in this case, (Filing No. 34), is granted and the progression order is amended as follows:

1)    The deadline for written discovery and depositions is January 26, 2016. Motions to compel shall be filed on or before January 12, 2016.

2)    A telephonic conference with the undersigned magistrate judge will be held on February 16, 2016 at 9:00 a.m. to discuss the status of case progression and potential settlement. Plaintiff's counsel shall place the call.

3)    The deadline for filing motions to dismiss and motions for summary judgment is March 15, 2016.

4)    The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 7, 2016 at 11:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 3, 2016. The instructions and codes for participating in the pretrial conference by WebEx were previously filed. (Filing No. 30).

5)    The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse,

2

        Lincoln, Nebraska, at 9:00 a.m. on June 20, 2016, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

6)      Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

Dated this 24th day of August, 2015

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge