IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. VALASEK,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for registered holders of Long Beach Mortgage Loan Trust 2006-11, asset backed certificates, series 2006-11;<br><br>        Defendants. | 4:14CV3180<br><br>ORDER |

    IT IS ORDERED that pursuant to the parties' stipulation for dismissal, (Filing No. 37),

    IT IS ORDERED, ADJUDGED AND DECREED that Washington Mutual Bank is dismissed as a party, with prejudice, each party to pay their own costs and attorney fees.

    August 31, 2015.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*<br>
                                                                   United States Magistrate Judge