IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. VALASEK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, in trust for registered holders of Long Beach Mortgage Loan Trust 2006-11, asset backed certificates, series 2006-11;<br><br>　　　　　　Defendant. | **4:14CV3180**<br><br>**JUDGMENT** |

Pursuant to the court's memorandum and order granting the defendant's motion for summary judgment, final judgment is entered in favor of the defendant and against the plaintiff, providing that the plaintiff shall take nothing and the plaintiff's complaint is dismissed with prejudice.

Dated this 20th day of April, 2016

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge